# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TIMOTHY JAMES BEASLEY,              )
                                   )
      Plaintiff,              )
                                   )
v.                                 )          CV420-051
                                   )
EFFINGHAM CO. SHERIFF              )
DEPARTMENT, *et al.*,              )
                                   )
      Defendants.             )

## ORDER

Before the Court is plaintiff's objection, doc. 10, to the Court's Report and Recommendation, doc. 9, which the Court will **CONSTRUE** as a request for a thirty-day extension of time to respond to the R&R by returning his PLRA forms.  In the objection, plaintiff asserts that he has not received the necessary forms to comply with the Court's multiple prior orders.  *See* doc. 2, doc. 6.  The Court is conscious that the COVID-19 pandemic has caused certain difficulties with regard to mail.  In light of these unusual circumstances, it will grant plaintiff a single additional opportunity to return the forms he has already received twice.  The Clerk of Court is **DIRECTED** to send plaintiff a third copy of the Prison Trust Account Statement and Consent to Collection of Fees from Trust Account forms.  Plaintiff is **DIRECTED** to return the enclosed forms

within 30 days from the date of this Order.  No additional time will be granted.

**SO ORDERED,** this <u>12</u> day of November, 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA