IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TIMOTHY JAMES BEASLEY,

    Plaintiff,

v.

EFFINGHAM CO. SHERIFF DEPARTMENT, *et al.*,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-51

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's July 29, 2020, Report and Recommendation, (doc. 9), to which Plaintiff has not filed objections.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as its opinion and **dismisses** Plaintiff's Complaint. All remaining motions are **DISMISSED AS MOOT**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 6th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff initially filed a document tiled "objections", (doc. 10), which was construed as a request for an extension of time to comply with the directive to return his forms, (doc. 11). Despite this extension, plaintiff failed to either return his forms or object. In fact, his mail was returned as undeliverable. (Doc. 12.)